IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | 3:07-CR-32 |
| | ) | (VARLAN/GUYTON) |
| DOUGLAS V. WHISNANT | ) | |

## ORDER

On the petition of the United States of America by James R. Dedrick, United States Attorney for the Eastern District of Tennessee,

IT IS ORDERED that the Clerk of this Court be and hereby is instructed to issue a writ of habeas corpus ad testificandum to the Warden, South Central Correctional Facility, P.O. Box 279, Clifton, Tennessee 38425-0279, (931) 676-5372, to bring George H. Lackey, #00251521, before this Court at Knoxville, Tennessee, on February 5, 2008, at 1:00 p.m., as a witness before the trial, and to be returned to said Warden, South Central Correctional Facility, Clifton, Tennessee, as soon as he is no longer needed as a witness before the said Federal Court.

And it is further ORDERED that in the event the Warden, South Central Correctional Facility, Clifton, Tennessee, so elects, the United States Marshal for the Eastern District of Tennessee, or any duly authorized United States Marshal, is directed to receive said George H. Lackey, #00251521, into his custody and transport him to and from said South Central Correctional Facility, Clifton, Tennessee, and this Court for the aforesaid purpose.

APPROVED FOR ENTRY:

    s/ H. Bruce Guyton
United States Magistrate Judge