UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DOUGLAS V. WHISNANT, ) | |
| ) | |
| *Petitioner*, ) | |
| ) | |
| v. ) | Nos.: 3:07-cr-032-TAV-HBG-1 |
| ) | 3:11-cv-490-TAV-HBG |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Respondent*. ) | |

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, petitioner's motion to correct is **GRANTED**; his motions to amend are **DENIED** as time-barred; the § 2255 motion is **DENIED**; and petitioner's motions to set a hearing date, to expedite, and to require the prosecutor to answer the motions to amend are **DENIED** as **MOOT**. This action is **DISMISSED**. Should Petitioner give timely notice of an appeal from this decision, such notice will be treated as an application for a certificate of appealability, which under the circumstances is **DENIED**. The Court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**E N T E R :**

                                              s/ Thomas A. Varlan
                                              CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

    s/ Debra C. Poplin
      CLERK OF COURT