UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| DOUGLAS WHISNANT, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Nos.: 3:07-CR-32-TAV-HBG-1 |
| | ) | 3:16-CV-181-TAV |
| UNITED STATES OF AMERICA, | ) | 3:16-CV-370-TAV |
| | ) | |
| Respondent. | ) | |

# MEMORANDUM OPINION

Federal prisoner Douglas Whisnant ("Petitioner") filed a pro se successive petition for post-conviction relief pursuant to 28 U.S.C. § 2255 on April 18, 2016 [Doc. 120; E.D. Tenn. Case No. 3:16-cv-181-TAV].[1] Noting that this Court had previously denied relief on an earlier petition [Docs. 111, 112], the Court construed Petitioner's request as one for leave to file a successive petition and transferred the filing to the Sixth Circuit in accordance with 28 U.S.C. 1631 [Doc. 121]. Before the Court now is a supplement filed pursuant to the Court's February 11, 2016 Standing Order, E.D. Tenn. S.O. 16-02 (Feb. 11, 2016), elaborating on the merits of Petitioner's earlier request for relief based on *Johnson v. United States*, 135 S. Ct. 2551 (2015).

It appears that the Court inadvertently opened a new civil case [*See generally* E.D. Tenn. Case No. 3:16-cv-370-TAV], when in fact the filing should have been docketed as a supplement to Petitioner's previously transferred request for leave to file a successive petition [Doc. 124]. As such, the Clerk will be **DIRECTED** to forward a copy of counsel's

---

[1] Each document will be identified by the Court File Number assigned to it in the underlying criminal case: E.D. Tenn. Case No. 3:07-cr-32-TAV-HBG-1.

supplement [Doc. 124] to the Sixth Circuit Court of appeals so that it might be considered in conjunction with Petitioner's existing request for leave to file a successive petition.

**ORDER ACCORDINGLY.**

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

2

Case 3:07-cr-00032-TAV-HBG   Document 125   Filed 07/08/16   Page 2 of 2   PageID #: 605